UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERRICK RICK** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-2617** |
| **N. BURL CAIN** | **SECTION I (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, and the Report and Recommendation of the U.S. Magistrate Judge, and the objection by petitioner, approves the U.S. Magistrate Judge's Findings and Recommendation as to each issue addressed in the Report and Recommendation and adopts it as the Court's opinion. Any objections to the U.S. Magistrate Judge's Findings and Recommendation are overruled.

However, to the extent that petitioner argues, in connection with objection number 4, that his "counsel refused to allow [him] to testify" at a suppression hearing regarding petitioner's confession,[1] the Court construes such objection as an amendment to the petition. Accordingly,

**IT IS ORDERED** that the petition is referred to the U.S. Magistrate Judge for further consideration consistent with this order.

New Orleans, Louisiana, December 4, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 19, at 6.