UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DERRICK RICK**                                                                        **CIVIL ACTION**

**versus**                                                                                    **NO. 12-2617**

**N. BURL CAIN, WARDEN**                                                  **SECTION: "I" (3)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Supplemental Report and Recommendation of the United States Magistrate Judge, and the objection[1] by plaintiff, Derrick Rick, which is hereby **OVERRULED**, approves the Magistrate Judge's Supplemental Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Derrick Rick** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 5th day of March, 2014.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. No. 24